**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA RESVALOSO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendant. | Case No.: EDCV 22-890-GW-SPx<br><br>District Judge: Hon. George H. Wu<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff SABRINA RESVALOSO ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on July 31, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $170,000.00 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: August 8, 2023

　　　　　　　　　　　　　　　　　　_/s/ George H. Wu_
　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　　　U.S. District Judge