# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA RESVALOSO,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. EDCV 22-890-GW-SPx<br><br>District Judge: George H. Wu<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff SABRINA RESVALOSO ("Plaintiff") and Defendant FCA US, LLC have agreed FCA US, LLC will pay $25,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $25,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff within 60 days from the signing of the Parties' Stipulation dated October 24, 2023. After satisfaction of payment, Plaintiff will dismiss this case within 10 days with prejudice against all parties.

**IT IS SO ORDERED.**

Date: October 25,, 2023

                                         *[signature]*
                                         Hon. George H. Wu,
                                         U.S. District Judge